1

2

3

4

5

6

7                         IN THE UNITED STATES DISTRICT COURT

8                         FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10

11   RICHARD MATTHES,

12                    Plaintiff,                    No. 2:13-cv-0045 AC P

13          vs.

14   SOLANO COUNTY
     DETENTION FACILITIES,
15
                      Defendants.              /     ORDER
16   _____/

17                       Plaintiff, a county inmate at the Solano County Detention Facility, has filed a

18   document styled as a letter, seeking to change the jail's medical procedures.  No other pleadings

19   have been filed by the plaintiff.  In order to commence an action, plaintiff must file a complaint

20   as required by Rule 3 of the Federal Rules of Civil Procedure, and plaintiff must either pay the

21   required filing fee or file an application requesting leave to proceed in forma pauperis.[1]  See 28

22   U.S.C. §§ 1914(a), 1915(a).  The court will not issue any orders granting or denying relief until

23   an action has been properly commenced.  Therefore, plaintiff's motion will be denied without

24   prejudice.  Plaintiff will be provided the opportunity to file his complaint, and to submit an

25   _____

26          [1] If leave to file in forma pauperis is granted, plaintiff will still be required to pay the
     filing fee but will be allowed to pay it in installments.

                                                    1

1    application requesting leave to proceed in forma pauperis or to submit the appropriate filing fee.

2

3    In accordance with the above, IT IS HEREBY ORDERED that:

4    1.  Plaintiff's January 7, 2013, request (Docket No. 1) is denied without prejudice;

5    2.  Plaintiff is granted thirty days from the date of service of this order to file a

6    complaint that complies with the requirements of the Civil Rights Act, the Federal Rules of Civil

7    Procedure, and the Local Rules of Practice; the complaint must bear the docket number assigned

8    this case; plaintiff must file an original and two copies of the complaint.  Plaintiff shall also

9    submit, within thirty days from the date of this order, the application to proceed in forma

10   pauperis on the form provided by the Clerk of Court, or the filing fee in the amount of $350.00.

11   Plaintiff's failure to comply with this order will result in a recommendation that this matter be

12   dismissed; and

13   3.  The Clerk of the Court is directed to send plaintiff the court's form for filing a

14   civil rights action, and the application to proceed in forma pauperis by a prisoner.

15   DATED: January 15, 2013.

16

17   _____
     ALLISON CLAIRE
18   UNITED STATES MAGISTRATE JUDGE

19   AC:kly
     matt0045.nocompl

20

21

22

23

24

25

26