UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MATTHES, | No. 2:13-cv-0045 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLONY COUNTY DETENTION FACILITIES, | |
| Defendant. | |

On April 8, 2013, the undersigned dismissed plaintiff's complaint with leave to amend the complaint within 28 days. ECF No. 11. On June 20, 2013, plaintiff filed with the court a letter requesting additional time to amend his complaint. ECF No. 15. Plaintiff additionally requested a copy of the form complaint. Id.

Accordingly, IT IS HEREBY ORDERED THAT

1. Plaintiff's request for additional time to file his amended complaint is granted;

2. Plaintiff's amended complaint is due within 28 days of the filing date of this order;

////

////

////

////

1

3. The Clerk shall provide plaintiff with: (1) a copy of the court's standard 42 U.S.C. § 1983 complaint form; and (2) a copy of the court's April 8, 2013 (ECF No. 11) order.

DATED: July 10, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:rb/matt0045.36