UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MATTHES, | No. 2:13-cv-45 AC P |
| Plaintiff, | |
| v. | ORDER |
| SOLANO COUNTY DETENTION FACILITIES, | |
| Defendants. | |

Plaintiff, a state prisoner proceeding pro se, seeks relief pursuant to 42 U.S.C. § 1983.  On April 8, 2013, plaintiff's original complaint was dismissed with leave to amend.  The court noted that because plaintiff had filed, in addition to his civil rights complaint, four subsequent letters or "notices" which appeared to allege additional claims, it was not clear what claims plaintiff wished to pursue in the pending action and against whom.[1]

On June 20, 2013, plaintiff filed a letter requesting additional time to amend his complaint and requesting another copy of the form complaint.  On July 11, 2013, the court granted plaintiff's requests.  Plaintiff was served with a copy of the court's standard 42 U.S.C. § 1983 complaint form.

---

[1] Plaintiff also initiated this action by letter, which prompted the court's January 15, 2013 order directing plaintiff to file an appropriate complaint and providing him with the court's standard 42 U.S.C. § 1983 complaint form.

1

1     On August 9, 2013, plaintiff filed another letter with the court which is approximately
2 eight pages in length.  Although plaintiff appears to be discussing some or all of his intended civil
3 rights claims, and further discussing some of his previous letters, parts of the letter are illegible.
4 It does not appear that plaintiff intends for this letter to serve as his amended complaint,[2]
5 however, it is also not clear what he is requesting from the court or what purpose he intends the
6 letter to serve.[3]

7     Good cause appearing, plaintiff will be granted another extension of time in which to file
8 an amended complaint on the form previously provided by the court.  Plaintiff is cautioned to
9 write as legibly as possible and clearly identify each defendant and each constitutional claim he
10 wishes to assert.

11    In accordance with the above, IT IS ORDERED THAT plaintiff is granted an extension of
12 time up to and including October 25, 2013 in which to file an amended complaint alleging each of
13 his claims in a single, legible document.  Failure to file an amended complaint complying with
14 this order may result in dismissal of this case.

15 DATED: September 19, 2013

16                                             _____
                                                ALLISON CLAIRE
17                                              UNITED STATES MAGISTRATE JUDGE

19 AC:ls//matt0045.nocompl

---

[2] Even if plaintiff did intend for this letter to serve as his amended complaint, it would have to be dismissed with leave to amend as it is illegible in parts and the court cannot discern what claims plaintiff is attempting to bring and against whom.

[3] At page nine, plaintiff states "I don't have money for the claim fee.  Please send me any and all forms that can help."  ECF No. 9 at 9.  Plaintiff is advised that his motion to proceed in forma pauperis was granted on April 8, 2013.  There are no additional forms to fill out in regard to the fee.

2