UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RICHARD MATTHEW,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY DETENTION FACILITIES,<br><br>    Defendant. | No. 2:13-cv-45 AC P<br><br>ORDER AND FINDINGS &<br>RECOMMENDATIONS |

By order filed April 8, 2013, plaintiff's complaint was dismissed with leave to amend within twenty eight days. On July 11, 2013 and September 20, 2013, plaintiff was granted two additional extensions of time up to and including October 25, 2013 in which to file an amended complaint. That deadline has now expired, and plaintiff has not filed an amended complaint or otherwise responded to the court's order.

Accordingly, IT IS HEREBY ORDERED that the Clerk assign this case to a district judge.

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within twenty-one days

1

1  after being served with these findings and recommendations, plaintiff may file written objections
2  with the court.  The document should be captioned "Objections to Magistrate Judge's Findings
3  and Recommendations."  Plaintiff is advised that failure to file objections within the specified
4  time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153
5  (9th Cir. 1991).
6  DATED: November 25, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE